William Wollschlaeger et al., Plaintiffs, v. Alvina Erdmann et al., Defendants.
A. G. Wipperman, Appellant, v. Alvina Erdmann, Appellee.

Gen. No. 42,976.

opinion filed June 16, 1944. Tatge & Tatge and Robert F. Kolb, for appellant. Harold L. Reeve and Elmer M. Leesman, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.

Home Laundry and Dry Cleaning Company, Appellee, v. Frank Hunyady, Jr., et al., Defendants. Frank Hunyady, Jr., Appellant.

Gen. No. 43,004.

opinion filed June 16, 1944. Edward A. Biggs, Jr. and Sol Kalena, for appellant. Peden, Ryan & Andreas, for appellee; Gerald Ryan, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.